### DUDONIS *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 77, September Term, 1962.]

*Motion for reconsideration of opinion filed May 15, 1963, filed June 13, 1963, granted and opinion modified July 23, 1963.*

*Decided July 24, 1963.*

Before the full Court.

PER CURIAM.

For the reasons given by Judge Oppenheimer in the court below, the application for leave to appeal will be denied. After

reading the testimony, we cannot say his finding of fact was clearly wrong.

*Application denied.*